# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
GM2 Associates, Inc. ) ASBCA Nos. 59457, 59712
)
Under Contract No. W912QR-11-C-0017 )

APPEARANCES FOR THE APPELLANT: Jared Cohane, Esq.
Timothy T. Corey, Esq.
Hinckley, Allen & Snyder LLP
Hartford, CT

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Tarrah M. Beavin, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. These appeals are dismissed with prejudice.

Dated: 4 May 2016

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59457, 59712, Appeals of GM2 Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals